| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>RODRIGUEZ LAW GROUP, LLC<br>14 Elm Street<br>Morristown, NJ 07960<br>Ph: (973) 998-7973<br>Fax: (973) 998-7974<br>**Attorneys for US Bank Cust BV002 Trst & Crdtrs**<br><br>In Re:<br><br>    HERBERT K. WOMACK<br><br>               Debtor. | Chapter 13 Proceeding<br><br>Case No.: 18-30683<br><br><br>Judge: Stacey L. Meisel, U.S.B.J. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to *Fed. R. Bank. Pro.* 9010(b) the undersigned enters her appearance as attorney for the secured creditor, **US Bank Cust BV002 Trst & Crdtrs** and requests that the documents filed in this case and identified below be served on the undersigned at this address:

**ADDRESS:**

    SUSAN B. FAGAN-RODRIGUEZ, ESQ.
    Rodriguez Law Group, LLC
    14 Elm Street
    Morristown, NJ 07960
    sfresq@rlgllclaw.com

**DOCUMENTS:**

■ All notices entered pursuant to Fed. R. Bank P. 2002.

■ All documents and pleadings of any nature.

                                            By: /s/ Susan B. Fagan-Rodriguez
                                            Susan B. Fagan-Rodriguez (ID#042141989)