UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
(215) 545-0008

In Re:

Herbert K. Womack

Case No.: 18-30683

Chapter: 13

Judge: SLM

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Brad J. Sadek, Esq.__ will be substituted as attorney of record for __Herbert K. Womack__, __Debtor__ in this case.[1]

Date: 10/14/2020

_____
Signature of Former Attorney

Date: October 14, 2020

/s/ Brad J. Sadek, Esq.
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.