| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Sadek and Cooper Law Offices<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>(215) 545-0008 | |
| In re:<br>**Herbert K. Womack** | Case No.: **18-30683**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **SLM** |

## CERTIFICATION OF SERVICE

1. I, **Brad J. Sadek , Esq.** :

   ☑ represent **Herbert K. Womack** in the this matter.

   ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **November ,2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Motion to Allow Post-Petition Refinancing**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **November 11, 2020**            /s/ Brad J. Sadek, Esq.
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>PO BOX 245<br>Trenton NJ 08695-0245 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Loren L. Speziale, Esq.<br>Gross McGinley, LLP<br>33 South 7th Street<br>PO Box 4060<br>Allentown, PA 18105 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
| Susan B. Fagan-Rodriguez, Esq.<br>Rodriguez Law Group, LLC<br>14 Elm Street<br>Morristown, NJ 07960 | | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.